# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )   CASE NUMBER  08mj0445
  )
vs )   ABSTRACT OF ORDER
  )
Virginia Fernandez )   Booking No. _____
  )
  )

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of  2/19/08
the Court entered the following order:

- [X] Defendant be released from custody.
- [ ] Defendant placed on supervised / unsupervised probation / supervised release.
- [ ] Defendant continued on supervised / unsupervised probation / supervised release and released from custody.
- [X] Defendant released on $ 5,000 P/S bond posted.
- [X] Defendant appeared in Court. FINGERPRINT & RELEASE.
- [ ] Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.
- [ ] Defendant sentenced to TIME SERVED, supervised release for _____ years.
- [ ] c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court: _____ dismissing appeal filed.
- [ ] Bench Warrant Recalled.
- [ ] Defendant forfeited collateral.
- [ ] Case Dismissed.
- [ ] Defendant to be released to Pretrial Services for electronic monitoring.
- [ ] Other. _____

Received _____ 2/19  
DUSM

UNITED STATES MAGISTRATE JUDGE  
        OR  
W. SAMUEL HAMRICK, JR.  Clerk  
by _____ Deputy Clerk

Crim-9   (Rev 6-95)                              ☆ U.S. GPO: 1996-783-398/40151

**CLERKS' COPY**