UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL NO. 08mj0445 |
| Plaintiff ) | |
| ) | ORDER |
| vs. ) | |
| ) | RELEASING MATERIAL WITNESS |
| Corria-Contreras, et al. ) | |
| ) | Booking No. |
| Defendant(s) ) | |

On order of the United States District/Magistrate Judge, **CATHY ANN BENCIVENGO**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (**Bond Posted**)/ Case Disposed / Order of Court).

Miguel Soto-Davalos

DATED: 3/3/08

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____        OR
         DUSM

W. SAMUEL HAMRICK, JR.   Clerk

by

Deputy Clerk